# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JACK ANTHONY KEGG,<br><br>Defendant. | CR-14-109-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 20, 2026. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 14, 2026. (Doc. 69.) The United States accused Jack Kegg (Kegg) of violating the conditions of his supervised release by: (1) being in the company of a two year old child on December 11, 2024, without the permission of his probation officer; (2) being in

possession of materials depicting sexually explicit conduct on January 10, 2024; (3) using a tablet without the permission of his probation officer in January, February, and December of 2024, and during January of 2025; (4) being in possession of child pornography in January, February, and December of 2024, and during January of 2025; (5) failing to answer truthfully questions by his probation officer on September 2, 2026, regarding his possession of a smartphone and tablet; and (6) being in possession of a smartphone and tablet between April 3, 2026, and September 2, 2026, without the permission of his probation officer On February 28, 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Kegg's supervised release. The Amended Petition provided additional information regarding allegations (2) and (4) stating that Kegg had been charged on February 24, 2025, in the 7th Judicial District Court of Douglas County, Minnesota with the felony offenses of Possession of Pornographic Work, in violation of Minnesota statute 617.247.4(b)(1) and Possession of Pornographic Work; Registered Predatory Offender, a felony, in violation of Minnesota statute 617.247.4(b)(2). (Docs. 46, 51 and 66.)

At the revocation hearing Kegg admitted that he had violated condition 5 of the terms and conditions of his supervised release as set forth in the Second Amended Petition. The government moved to dismiss violations 1-4 and 6, which Judge Johnston granted. (Doc. 69.) Judge Johnston recommended that Kegg be

sentenced to custody of 5 months with no supervised release to follow. (Doc. 70.) Judge Johnston advised Kegg of his right to appeal and allocute before the undersigned. (Doc. 69.)

The violation Kegg admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jack Anthony Kegg be sentenced to custody of 5 months with no supervised release to follow.

DATED this 4th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts